IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| KAREMETH JOHN HOLIDAY, #1013764 § | |
| § | |
| v. § | CIVIL ACTION NO. G-03-623 |
| § | |
| DOUG DRETKE, DIRECTOR § | |
| OF TDCJ-CID § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge entered on March 20, 2006, to which Petitioner has promptly filed his Objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court is of the opinion that the Objections are without merit and that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Karameth Holiday (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 20th day of April, 2006.

Samuel B. Kent
United States District Judge